IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Rennie Carter,<br><br>Petitioner,<br><br>vs.<br><br>Charles Ryan, et al.,<br><br>Respondents. | No. CV17-4105 PHX DGC (MHB)<br><br>**ORDER** |

Petitioner Michael Rennie Carter has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. United States Magistrate Michelle H. Burns has issued a report and recommendation ("R&R") recommending that the petition be denied and dismissed with prejudice. Doc. 22. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 22) is **accepted**.
2. The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed with prejudice**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on *appeal are **denied.***
4. Plaintiff's motion for certificate of appealability (Doc. 19) is **denied**.

5. The Clerk is directed to **terminate** this action.

Dated this 1st day of October, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge